**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MORRIS REESE, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | C.A. NO. 2:07cv219-DF |
| | § | |
| AT&T, Inc., Southwestern Bell Telephone, L.P., Verizon Communications Inc., GTE Southwest, Inc. | § § § § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendants | § | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE BETWEEN
PLAINTIFF MORRIS REESE AND DEFENDANT
<u>VERIZON COMMUNICATIONS INC.</u>**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Morris Reese ("Reese") and Defendant Verizon Communications Inc. ("VCI"), through their undersigned counsel of record and subject to the approval of this Court, stipulate to dismiss Reese's pending causes of action against VCI in the above-titled litigation. All claims presented by the Complaint and the Amended Complaint shall be dismissed in their entirety against VCI. Such dismissal shall be without prejudice to Reese and shall not affect the pending action against GTE Southwest, Inc.

VCI agrees that it will not subsequently file a declaratory judgment action against Mr. Reese related to the causes of action in Reese's Complaint and Amended Complaint. Should Reese successfully move to add VCI as a defendant to this lawsuit at some later time, the parties agree that for purposes of any defense based on statute of limitations, laches, or the statutory limitation period on damages, if VCI is joined as a party to this action as a later date, the action will be deemed commenced as of May 31, 2007. This

agreement does not preclude VCI from raising a prosecution history laches defense or any other defenses not expressly waived herein.

| | |
|---|---|
| /s Edward W. Goldstein_____ | /s/ James Wallace_____ |
| Edward W. Goldstein | James Wallace |
| GOLDSTEIN, FAUCETT & PREBEG, L.L.P. | WILEY REIN, LLP |
| 1177 West Loop South, Ste. 400 | 1776 K. Street NW |
| Houston, TX 77027 | Washington, D.C. 20006 |
| Telephone (713) 877-1515 | Telephone (202) 719-7000 |
| Facsimile (713) 877-1737 | Facsimile (202) 719-7049 |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
| MORRIS REESE | VERIZON COMMUNICATIONS INC. |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 5, 2007.  Any other counsel of record will be served by first class U.S. mail.

/s/ Edward W. Goldstein_____
Edward W. Goldstein