IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

Morris Reese,

    *Plaintiff*,

  v.

AT&T Inc., Southwestern Bell Telephone, L.P., Verizon Communications Inc., and GTE Southwest Inc.,

    *Defendants*.

Case No. 2:07-cv-219-DF

**FINAL JUDGMENT**

The Court has considered the entire case file, including all of its prior Orders, and the Stipulation and Joint Motion for Dismissal and Final Judgment filed by Plaintiff Morris Reese and Defendants Southwestern Bell Telephone, L.P. and GTE Southwest Inc. (collectively, the "Parties"). Based upon all of the foregoing,

IT IS ORDERED that Plaintiff's claims for infringement of claims 23 and 32 of U.S. Patent No. 6,868,150 (the "'150 patent") are DISMISSED WITH PREJUDICE;

IT IS FURTHER ORDERED that, based upon the claim construction issued by this Court on September 24, 2008, claims 1, 7, 13, 18, 25 and 36 of the '150 patent are found to be NOT INFRINGED by Defendants and for that reason, judgment is entered against Plaintiff on those claims.

IT IS FURTHER ORDERED that Defendants' counterclaims and defenses including, but not limited to, non-infringement, invalidity and unenforceability of the '150 patent, are DISMISSED WITHOUT PREJUDICE, and Defendants remain free to reassert such counterclaims and defenses should Plaintiff's infringement claims regarding the '150 patent be revived for any reason (including but not limited to modification of the Court's claim

2

# DRAFT

construction on appeal);

IT IS FURTHER ORDERED THAT all parties shall bear their own attorney fees and costs;

IT IS FURTHER ORDERED THAT all motions and other requests for relief not otherwise ruled upon are hereby denied as moot; and

IT IS FURTHER ORDERED THAT this Court shall retain and hereby does retain jurisdiction over this matter in its entirety, including any claims which may be reinstated.

This is a Final Judgment, for which let execution issue.

**SIGNED this 22nd day of December, 2008.**

**APPROVED AS TO FORM AND CONTENT:**

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

3

# DRAFT

Dated:   December 19, 2008         By:      /s/ Edward W. Goldstein
                                            Edward W. Goldstein
                                            Corby R. Vowell
                                            Holly H. Barnes
                                            Goldstein, Faucett & Prebeg, LLP
                                            1177 West Loop South, Suite 400
                                            Houston, TX  77027
                                            Tel:  713/877-1515
                                            Fax:  713/877-1737
                                            egoldstein@gfpiplaw.com
                                            cvowell@gfpiplaw.com
                                            hbarnes@gfpiplaw.com

                                            T. John Ward, Jr.
                                            Bruce A. Smith
                                            Law Office of T. John Ward, Jr., P.C.
                                            P.O. Box 1231
                                            Longview, TX  75606-1231
                                            Tel:  903/757-6400
                                            Fax:  903/757-2323
                                            jw@jwfirm.com
                                            bsmith@jwfirm.com

                                            Samuel F. Baxter
                                            McKool Smith, P.C.
                                            300 Crescent Court, Suite 1500
                                            Dallas, TX  75201
                                            Tel:  214-978-4016
                                            Fax:  214-978-4944
                                            sbaxter@mckoolsmith.com

                                            *Counsel for Morris Reese*


Dated:   December 19, 2008         By:       /s/ James H. Wallace, Jr.

                                             James H. Wallace, Jr.
                                             Kevin P. Anderson
                                             WILEY REIN LLP
                                             1776 K. Street, NW
                                             Washington, D.C. 20006
                                             Tel:  202-719-7000
                                             Fax:  202-719-7049
                                             jwallace@wileyrein.com
                                             kanderson@wileyrein.com

                                             Damon M. Young
                                             John M. Pickett
                                             4122 Texas Blvd.
                                             PO Box 1897
                                             Texarkana, TX  75504-1897

# DRAFT

        Tel: 903-794-1303
        Fax: 903-792-5098
        dyoung@youngpickettlaw.com
        jpickett@youngpickettlaw.com

*Attorneys for GTE Southwest Inc.*

Dated: December 19, 2008      By:      /s/ Michael J. Songer
        Michael E. Jones
        State Bar No. 10929400
        mikejones@potterminton.com
        Diane V. DeVasto
        State Bar No. 05784100
        dianedevasto@potterminton.com
        POTTER MINTON
        A Professional Corporation
        110 N. College, Suite 500
        Tyler, Texas 75702
        Telephone: (903) 597-8311
        Facsimile: (903) 593-0846

        Michael J. Songer
        msonger@crowell.com
        CROWELL & MORING LLP
        1001 Pennsylvania Avenue, NW
        Washington, D.C. 20004-2595
        Telephone: (202) 624-2500
        Facsimile: (202) 628-5116

*Attorneys for Defendant*
*Southwestern Bell Telephone, L.P.*